UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SANDRA ONOFRIO                                             JURY TRIAL DEMANDED

v.                                                         CASE NO.  3:10 cv

DELMARVA CAPITAL SERVICES, LLC

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant has a place of business at 2209 Commerce Rd, Forest Hill MD 21050 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in 2010 concerning efforts to collect a personal American Express account.

FIRST COUNT

7.  In the collection efforts,  defendant violated the FDCPA, § 1692e, or –f.

SECOND COUNT

8. Within three years prior to the date of this action Defendant engaged in acts and

practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

     9.  Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under each of the FDCPA or CCPA for each communication against defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and such further relief as law or equity may provide.

                        THE PLAINTIFF

                        BY____/s/ Joanne S. Faulkner___
                                JOANNE S. FAULKNER ct04137
                                123 Avon Street
                                New Haven, CT 06511-2422
                                (203) 772-0395
                                faulknerlawoffice@snet.net